The Honorable Christopher M. Alston

Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br>Northwest Territorial Mint, LLC,<br>                 Debtor,<br><br>Brittany Konkel, on behalf of herself and all others similarly situated,<br>                 Plaintiff,<br><br>v.<br><br>Northwest Territorial Mint, LLC,<br>                 Defendant | Case No. 16-11767-CMA<br><br>Adv. Pro. No. 18-01010-CMA<br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to F.R.C.P. 41 (a), made applicable to this proceeding by Fed. R. Bankr. P. 7041, Brittany Konkel ("Plaintiff"), on the one hand, and Mark Calvert, as Chapter 11 Trustee of Northwest Territorial Mint, LLC ("Trustee"), on the other hand, by and through their respective counsel of record, hereby jointly stipulate to the dismissal of the above-captioned adversary proceeding, without prejudice, and without fees or costs to either party.

DATED: March 21, 2018                          /s/ Mary E. Olsen

Joint Stipulation of Voluntary Dismissal, Without Prejudice - 1

THE GARDNER FIRM, P.C.
210 S. WASHINGTON AVE.
MOBILE, AL 36602
(251) 433-8100

| | |
|---|---|
| 1 | THE GARDNER FIRM, P.C. |
| | Mary E. Olsen, *pro hac vice* |
| 2 | 210 S. Washington Ave. |
| | Mobile, AL 36602 |
| 3 | P: (251) 4348260 |
| | F: (251) 434-8259 |

LANKENAU & MILLER, LLP
Stuart J. Miller, *pro hac vice*
132 Nassau Street, Suite 1100
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122

Lawrence R. Cock, WSBA No. 20326
Jack M. Lovejoy, WSBA No. 36962
Attorneys for Defendant
CFL LAW GROUP, LLP
1001 4th Avenue, Suite 3900
Seattle, Washington 98154
(206) 292-8800 phone
lrc@corrcronin.com
jlovejoy@corrcronin.com

*Attorneys for Plaintiff*


*And*

/s/ Brian T. Peterson
K&L GATES LLP
Michael J. Gearin, WSBA # 20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088

*Attorneys for Mark Calvert, Chapter 11 Trustee*

Joint Stipulation of Voluntary Dismissal, Without Prejudice - 2

THE GARDNER FIRM, P.C.
210 S. WASHINGTON AVE.
MOBILE, AL 36602
(251) 433-8100

Case 18-01010-CMA    Doc 15    Filed 03/21/18    Ent. 03/21/18 13:49:54    Pg. 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

That he is a paralegal in the law firm of The Gardner Firm, P.C. and on March 21, 2018, he caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 21st day of March, 2018 at Mobile, Alabama.

／s/ Alex Page

Joint Stipulation of Voluntary Dismissal, Without Prejudice - 3

THE GARDNER FIRM, P.C.
210 S. WASHINGTON AVE.
MOBILE, AL 36602
(251) 433-8100

Case 18-01010-CMA    Doc 15    Filed 03/21/18    Ent. 03/21/18 13:49:54    Pg. 3 of 3